Same case below, 394 Fed. Appx. 570.

**No. 10-8099. Darrell Amont Finn, Petitioner v. California.**

**No. 10-8218. Albert Jerome Beckley, Jr., Petitioner v. California.**

562 U.S. 1235, 131 S. Ct. 1509, 179 L. Ed. 2d 333, 2011 U.S. LEXIS 1558.

February 22, 2011. Petitions for writs of certiorari to the Court of Appeal of California, Second Appellate District, denied.

Same cases below, 185 Cal. App. 4th 509, 110 Cal. Rptr. 3d 362.

**No. 10-8100. Paul Free, Petitioner v. United States.**

562 U.S. 1235, 131 S. Ct. 1509, 179 L. Ed. 2d 333, 2011 U.S. LEXIS 1672,

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-8103. Billy Charles Aaron, Petitioner v. Ray Hobbs, Director, Arkansas Department of Correction.**

562 U.S. 1235, 131 S. Ct. 1558, 179 L. Ed. 2d 333, 2011 U.S. LEXIS 1571.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-8104. Timothy Leroy Nixon, Petitioner v. United States.**

562 U.S. 1235, 131 S. Ct. 1509, 179 L. Ed. 2d 333, 2011 U.S. LEXIS 1519.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 396 Fed. Appx. 1.

**No. 10-8105. Dominique Tracy Sanders, Petitioner v. United States.**

562 U.S. 1235, 131 S. Ct. 1509, 179 L. Ed. 2d 333, 2011 U.S. LEXIS 1670.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 392 Fed. Appx. 145.

**No. 10-8106. Robert J. Smith, Jr., Petitioner v. Charlie Crist, Governor of Florida, et al.**

562 U.S. 1235, 131 S. Ct. 1509, 179 L. Ed. 2d 333, 2011 U.S. LEXIS 1623.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-8107. Carol L. Roberts, Petitioner v. United Parcel Service, et al.**

562 U.S. 1235, 131 S. Ct. 1558, 179 L. Ed. 2d 333, 2011 U.S. LEXIS 1588.

February 22, 2011. Petition for writ of certiorari to the Supreme Court of Kentucky denied.